IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE FURNESS,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>GWENDOLYN MITCHELL, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CASE NO. CV-F-03-5270 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S APRIL 20, 2005, RENEWED MOTION TO AMEND AND/OR ALTER THE COURT'S ORDERS DENYING MOTIONS FOR RECONSIDERATION<br><br>[Doc. 47] |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On April 20, 2005, Petitioner filed a renewed motion to amend and/or alter the court's orders denying motions for reconsideration. Respondent has not filed an opposition or statement of non-opposition pursuant to Local Rule 78-230(m). Accordingly, within **twenty (20)** days from the date of service of this order, Respondent shall file an opposition or statement of non-opposition.

IT IS SO ORDERED.

**Dated:** 　**June 30, 2005**　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1