UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE FURNESS,<br><br>       Petitioner,<br><br>v.<br><br>GWENDOLYN MITCHELL, Warden,<br><br>       Respondent. | 1:03-cv-05270-LJO-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 57)<br><br>**ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On February 22, 2006, the Magistrate Judge filed Findings and Recommendation that the amended petition for writ of habeas corpus be DISMISSED for petitioner's failure to comply with 28 U.S.C. § 2244(d) one-year limitation period. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.

    On March 24, 2006, Petitioner filed objections to the Findings and Recommendations.

1     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendation, filed February 22, 2006, are ADOPTED IN FULL;

    2.   The Amended Petition for Writ of Habeas Corpus is DISMISSED for petitioner's failure to comply with 28 U.S.C. § 2244(d) one-year limitation period; and,

    3.   The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   September 25, 2007**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

2