IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE FURNESS, | 1:03-cv-05270-LJO-DLB (HC) |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION DUE TO NINTH CIRCUIT APPEAL |
| GWENDOLYN MITCHELL, et al, | (DOCUMENT #67) |
| Respondents. | |
| _____/ | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2008, petitioner filed a motion for appointment of counsel. Insomuch as petitioner's case was dismissed by this court on September 25, 2007, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on October 6, 2008, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS

///

///

///

1  HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court.

   IT IS SO ORDERED.

   **Dated:   November 4, 2008**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE