IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE FURNESS,<br><br>            Petitioner,<br><br>     vs.<br><br>GWENDOLYN MITCHELL, Warden,<br><br>            Respondent.<br>_____/ | CASE NO. CV-F-03-5270 LJO DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. 66] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In the present case, the Court does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, with prejudice, as time-barred under 28 U.S.C. § 2244(d)(1), or that the ineffective assistance of trial counsel claim as to the post-partum depression defense was unexhausted and defaulted. Petitioner has not made the required substantial showing of the denial of a constitutional right.

Based on the foregoing, it is HEREBY ORDERED that Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:   November 7, 2008**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE